UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARTURO GOMEZ,                                                    JUDGMENT
                                                                 04-CV- 2966 (FB)
                        Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                        Defendant.
------------------------------------------------------------------X

       An Order of Honorable Frederic Block, United States District Judge, having been filed on April 7, 2005, reversing the Commissioner's decision; and remanding plaintiff's claim for further administrative proceedings, pursuant to the sixth sentence of 42 U.S.C. § 405(g); it is

       ORDERED and ADJUDGED that the Commissioner's decision is reversed; and that plaintiff's claim is remanded for further administrative proceedings, pursuant to the sixth sentence of 42 U.S.C. § 405(g).


Dated: Brooklyn, New York
       April 19, 2005

                                                         ROBERT C. HEINEMANN
                                                        Clerk of Court